IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ISMAEL R. CUEVAS,<br><br>　　　　　　Defendant. | **4:21CR3071**<br><br>**ORDER** |

　　　　Defendant has orally moved for court appointed counsel. (Filing No. 34). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

　　　　IT IS ORDERED:

1) 　Defendant's motion, (Filing No. 34), is granted. Carlos A. Monzon is hereby withdrawn as counsel.

2) 　The clerk shall delete Carlos A. Monzon from any future ECF notifications herein.

3) 　The clerk shall forward this memorandum and order to the Federal Public Defender.

4) 　The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

March 31, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge