IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

ISMAEL R. CUEVAS,

           Defendant.

4:21CR3071

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1) Defendant's e-mail motion to set a change of plea hearing (Filing No. 39), is granted.

2) The change of plea hearing will be held before the undersigned magistrate judge at 10:00 a.m. on June 2, 2022 by videoconference. Conference instructions will be set by further order.

3) The court finds that the time between today's date and June 2, 2022 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) **The status conference set on April 12, 2022 at 10:30 is cancelled.**

April 12, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge