IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ISMAEL R. CUEVAS,<br><br>        Defendant. | 4:21-CR-3071<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion to extend (filing 69) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at 1:00 P.M. on February 8, 2023.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 24th day of January, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge